# Court of Appeals
# of the State of Georgia

ATLANTA,  September 04, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0045. PAMELA STEWART et al. v. MY RENTALS LLC et al.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Pamela Williams filed a petition for review in superior court. On July 16, 2025, the superior court issued two orders in which it granted summary judgment and a writ of possession to the plaintiffs and denied Williams's motions for a reduction of rent to be paid into the court registry, for an extension of time to respond to the plaintiffs' motion for summary judgment, and for an emergency hearing. On August 13, 2025, Pamela Stewart filed this pro se application for discretionary review. We lack jurisdiction.

It is unclear from the limited application materials whether Pamela Williams and Pamela Stewart are the same person or whether Stewart otherwise was a party to the lower court proceedings. Regardless, this application is untimely. An application for discretionary review generally may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335 (715 SE2d 752) (2011). Under OCGA § 44-7-56 (b) (1), appeals and applications for discretionary review in dispossessory actions must be filed within 7 days of the date the judgment was entered. *Stubbs v. Local Homes*, 375 Ga. App. 513, 514-516 (915 SE2d 91) (2025). Stewart's application is untimely, as it was filed 28 days after entry of the superior court orders she seeks to appeal. Consequently, this untimely application for

discretionary review is hereby DISMISSED for lack of jurisdiction. See *Stubbs*, 375 Ga. App. at 516.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  09/04/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*